PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BANDOL LIM, *et al.*, ) | |
| ) | CASE NO. 4:23CV1454 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| EDWARD HIGHTOWER, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER OF DISMISSAL** |

Having filed its Memorandum of Opinion and Order, the Court hereby dismisses the Amended Class Action Complaint (ECF No. 31).

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58. Final.

IT IS SO ORDERED.

 September 30, 2024                      */s/ Benita Y. Pearson*
Date                                       Benita Y. Pearson
                                            United States District Judge